# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**VS.**          **CRIMINAL ACTION NO.: 4:24-cr-7-MPM-JMV**

**STEVEN GOSS**            **DEFENDANT**

### ORDER GRANTING MOTION TO CONTINUE ARRAIGNMENT

This matter is before the court on a Motion for Continue Arraignment, doc. #11, set for Wednesday, February 28, 2024, at 1:30 p.m., by video conference. The Court finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Arraignment should be continued to Wednesday, March 6, 2024, at 11:00 a.m., via video conference, in Courtroom 2, Greenville, Mississippi, before United States Magistrate Judge Jane M. Virden. The Arraignment Hearing will also be reset by separate notice.

**SO ORDERED**, this the 28th day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE